

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-22-00039-CV

---

IN RE JEANNA LAPOINTE

---

Original Mandamus Proceeding

---

Before Morriss, C.J., Stevens and van Cleef, JJ.
Memorandum Opinion by Chief Justice Morriss

# MEMORANDUM OPINION

Relator Jeanna LaPointe petitioned this Court for mandamus relief. LaPointe complained of the trial court's order that she and Real Party in Interest submit to follicle drug testing.

Since Relator's request, the trial court has vacated its order. The complaint at the source of Relator's petition having been rendered moot and Relator having presented no further basis to maintain her request for extraordinary relief, we deny Relator's petition.[1]

Josh R. Morriss, III
Chief Justice

Date Submitted: August 15, 2022
Date Decided: August 16, 2022

---

[1]Our denial of Relator's mandamus petition renders Real Party in Interest's motion to dismiss this original proceeding moot. That motion is, therefore, denied.